UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK C. LITZSINGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01314 ERW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| Defendant. ) | |

## JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Plaintiff Frank C. Litzsinger disability benefits is **REVERSED**. The above styled action is **REMANDED** to the Commissioner for further proceedings.

Dated this <u>19th</u> day of <u>September</u>, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE